561 S.E.2d 754

**Lars James HANSON, Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 1311–97–4.**

Court of Appeals of Virginia.

April 2, 2002.

In accordance with the order of the Supreme Court of Virginia entered on November 2, 2001, the opinion previously rendered by this Court on January 26, 1999 is withdrawn, the mandate entered on that date is vacated and this matter is remanded to the trial court for a new sentencing hearing. This Court's order entered on March 8, 1999 is also vacated.

This order shall be published and certified to the trial court.